**Jean RICHARDS, Jessica Richards and Joshua Richards, Petitioners,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2009–8006.

United States Court of Appeals, Federal Circuit.

April 8, 2010.

Webb L. Wassmer, Simmons Perrine Moyer Bergman PLC, of Cedar Rapids, IA, argued for petitioners.

P. Davis Oliver, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, and Jeanne E. Davidson, Director. Of counsel were Dawn E. Goodman and Anuj Vohra, Trial Attorneys. Of counsel on the brief was Rafael A. Madan, General Counsel, Office of Justice Program, United States Department of Justice, of Washington, DC.

Before LOURIE, RADER, and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.